No. 1,267.—DONOVAN, Respondent, v. AMMON et al., Appellants.

*Appeal from District Court, Cascade County.*

Motion to dismiss appeal. Decided February 27, 1901.

Per Curiam.—Upon motion of the respondent herein this appeal is dismissed at the cost of appellants.

(Mr. Justice Pigott, having been of counsel and being disqualified herein, takes no part in the making of this order.)

*Mr. Ransom Cooper,* for Appellants.